# EXHIBIT 1

CLOSED,EFILE

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:16-cv-01953-SRU

Ruszkowski et al v. Stamford et al  
Assigned to: Judge Stefan R. Underhill  
Cause: 42:1983 Civil Rights Act

Date Filed: 11/29/2016  
Date Terminated: 09/28/2017  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Robert Lee Ruszkowski, Jr.**      represented by **Dale James Morgado**  
85 Wall St., Suite 1100  
New York, NY 10005  
212-655-9790  
Fax: 212-412-9038  
Email: djm@morgado.us  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Renee Griffith**      represented by **Dale James Morgado**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jill Kathleen King**      represented by **Dale James Morgado**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Stamford**      represented by **Abby M. Warren**  
Robinson & Cole, LLP-HTFD  
280 Trumbull St.  
Hartford, CT 06103  
860-275-8215  
Fax: 860-275-8299  
Email: awarren@rc.com  
*ATTORNEY TO BE NOTICED*

**Rachel Volkman Kushel**  
Robinson & Cole, LLP-HTFD  
280 Trumbull St.

Hartford, CT 06103<br>
860-275-8200<br>
Fax: 860-275-8299<br>
Email: rkushel@rc.com<br>
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Board of Trustees of the Classified Employees Retirement Fund of the City of Stamford** | represented by | **Abby M. Warren**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Rachel Volkman Kushel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Classified Employees' Retirement Plan for the City of Stamford, Connecticut**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2016 | | Judge Stefan R. Underhill added. (Oliver, T.) (Entered: 11/30/2016) |
| 11/30/2016 | 1 | COMPLAINT against All Defendants ( Filing fee $400 receipt number 0205-4212394.), filed by Dana Renee Griffith, Robert Lee Ruszkowski, Jr., Jill Kathleen King. (Attachments: # 1 Civil Cover Sheet)(Morgado, Dale) (Entered: 11/30/2016) |
| 11/30/2016 | 2 | AMENDED COMPLAINT against All Defendants, filed by Dana Renee Griffith, Robert Lee Ruszkowski, Jr., Jill Kathleen King.(Morgado, Dale) (Entered: 11/30/2016) |
| 11/30/2016 | 3 | Order on Pretrial Deadlines: Motions to Dismiss due on 3/1/2017. Amended Pleadings due by 1/28/2017. Discovery due by 5/31/2017. Dispositive Motions due by 6/30/2017. Signed by Clerk on 11/30/2016.(Fazekas, J.) Modified on 11/30/2016 to correct date (Fazekas, J.). (Entered: 11/30/2016) |
| 11/30/2016 | 4 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Stefan R. Underhill on 11/30/2016.(Fazekas, J.) Modified on 11/30/2016 to correct date (Fazekas, J.). (Entered: 11/30/2016) |
| 11/30/2016 | 5 | STANDING PROTECTIVE ORDER<br>Signed by Judge Stefan R. Underhill on 11/30/2016.(Fazekas, J.) (Entered: 11/30/2016) |
| 11/30/2016 | 6 | NOTICE TO COUNSEL/PRO SE PARTIES : Counsel or pro se parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 3 Order on Pretrial Deadlines, 4 Electronic Filing Order, 5 Standing Protective Order, 2 Amended Complaint filed by Dana Renee Griffith, Robert Lee Ruszkowski, Jr., Jill Kathleen King<br>Signed by Clerk on 11/30/2016.(Fazekas, J.) (Entered: 11/30/2016) |
| 01/24/2017 | | Request for Clerk to issue summons as to All Defendants. (Morgado, Dale) (Entered: 01/24/2017) |
| 01/25/2017 | 7 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *City of Stamford* with answer to complaint due within *21* days. Attorney *Dale James |

| | | |
|---|---|---|
| | | Morgado* *Morgado, PA* *263 Tresser Blvd, Suite* *Stamford, CT 06901*. (Oliver, T.) (Entered: 01/25/2017) |
| 02/27/2017 | 8 | NOTICE of Appearance by Rachel Volkman Kushel on behalf of City of Stamford (Kushel, Rachel) (Entered: 02/27/2017) |
| 02/27/2017 | 9 | First MOTION for Extension of Time until 3/27/2017 to Respond to Amended Complaint 2 Amended Complaint by City of Stamford. (Kushel, Rachel) (Entered: 02/27/2017) |
| 02/27/2017 | 10 | NOTICE of Appearance by Abby M. Warren on behalf of City of Stamford (Warren, Abby) (Entered: 02/27/2017) |
| 03/06/2017 | 11 | ORDER granting 9 MOTION for Extension of Time. Signed by Judge Stefan R. Underhill on 03/06/2017. (Jamieson, K) (Entered: 03/06/2017) |
| 03/06/2017 | | Answer deadline updated for All Defendants to March 27, 2017. (Jamieson, K) (Entered: 03/06/2017) |
| 03/27/2017 | 12 | MOTION to Dismiss by City of Stamford.Responses due by 4/17/2017 (Attachments: # 1 Memorandum in Support)(Kushel, Rachel) (Entered: 03/27/2017) |
| 03/31/2017 | 13 | 26(f) NOTICE: The Court has reviewed the file in this case to monitor the parties compliance with Local Rule 26(f). Local Rule 26(f) provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for purposes described in Fed. R. Civ. P. 26(f). Local Rule 26(f) further provides that, within 10 days after the conference, the participants must jointly file a report of the conference using Form 26(f). It appears that more than forty four days have passed since the appearance of a defendant in this case but no report has been filed. Accordingly, it is hereby ordered that the parties must file on or before : [2 weeks from today], (1) a written statement signed by all counsel of record demonstrating that this case is exempt from the requirement of filing a form 26(f) report; or (2) a form 26(f) report along with a written statement signed by all counsel of record explaining why sanctions should not be imposed for the parties failure to comply with Local Rule 26(f). Failure to comply with this order will result in dismissal of the complaint. Signed by Clerk on 3/31/2017.(Jaiman, R.) (Entered: 03/31/2017) |
| 03/31/2017 | | Set Deadlines: Rule 26 Meeting Report due by 5/15/2017 (Jaiman, R.) (Entered: 03/31/2017) |
| 04/14/2017 | 14 | REPORT of Rule 26(f) Planning Meeting. (Kushel, Rachel) (Entered: 04/14/2017) |
| 04/15/2017 | 15 | MOTION for Extension of Time until 5/1/2017 Defendant's Motion to Dismiss 12 MOTION to Dismiss by Dana Renee Griffith, Jill Kathleen King, Robert Lee Ruszkowski, Jr. (Morgado, Dale) (Entered: 04/15/2017) |
| 04/17/2017 | 16 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>Rule 16 Pretrial Conference set for 4/25/2017 at 03:30 PM in Chambers Room 411, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Buttrick, A.) (Entered: 04/17/2017) |
| 04/19/2017 | 17 | ORDER granting 15 Motion for Extension of Time. Signed by Judge Stefan R. Underhill on 4/19/2017. (Buttrick, A.) (Entered: 04/19/2017) |
| 04/21/2017 | 18 | Set/Reset Deadlines as to 12 MOTION to Dismiss . Responses due by 5/1/2017 (Jaiman, R.) (Entered: 04/21/2017) |

| | | |
|---|---|---|
| 04/25/2017 | 19 | NOTICE TO PLAINTIFF regarding Rule 4(m). (Status Report due by 5/25/2017) Signed by Clerk on 4/25/2017. (Buttrick, A.) (Entered: 04/25/2017) |
| 04/25/2017 | 20 | ORDER TO SHOW CAUSE re: why the case should not be dismissed for failure to prosecute. Plaintiffs' Show Cause Response due by 5/25/2017. Signed by Judge Stefan R. Underhill on 4/25/2017. (Buttrick, A.) (Entered: 04/25/2017) |
| 05/02/2017 | 21 | RESPONSE re 12 MOTION to Dismiss filed by Dana Renee Griffith, Jill Kathleen King, Robert Lee Ruszkowski, Jr. (Morgado, Dale) (Entered: 05/02/2017) |
| 05/25/2017 | 22 | RESPONSE TO 20 Order to Show Cause, Set Deadlines/Hearings by Dana Renee Griffith, Jill Kathleen King, Robert Lee Ruszkowski, Jr filed by Dana Renee Griffith, Jill Kathleen King, Robert Lee Ruszkowski, Jr. (Morgado, Dale) (Entered: 05/25/2017) |
| 05/26/2017 | 23 | ORDER re 22 Response to Order to Show Cause filed by Dana Renee Griffith, Robert Lee Ruszkowski, Jr., Jill Kathleen King. The plaintiffs' request for thirty additional days to file proof of service that all defendants have been served is GRANTED. Any hearing or decision on the City's pending motion to dismiss (doc. 12 ) will be reserved until all defendants have been served and have filed responsive pleadings. Signed by Judge Stefan R. Underhill on 5/26/2017. (Buttrick, A.) (Entered: 05/26/2017) |
| 06/20/2017 | | Request for Clerk to issue summons as to Board of Trustees of the Classified Employees Retirement Fund of the City of Stamford, Classified Employees' Retirement Plan for the City of Stamford, Connecticut. (Morgado, Dale) (Entered: 06/20/2017) |
| 06/21/2017 | 24 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Board of Trustees of the Classified Employees Retirement Fund of the City of Stamford, Classified Employees' Retirement Plan for the City of Stamford, Connecticut* with answer to complaint due within *21* days. Attorney *Dale James Morgado* *85 Wall St., Suite 1100* *New York, NY 10005*. (Oliver, T.) (Entered: 06/21/2017) |
| 06/23/2017 | 25 | AFFIDAVIT of Service for Complaint served on Board of Trustees of the Classified Employees Retirement Fund of the City of Stamford, Classified Employees Retirement Plan for the City of Stamford, Connecticut on June 22, 2017, filed by Dana Renee Griffith, Jill Kathleen King, Robert Lee Ruszkowski, Jr. (Morgado, Dale) (Entered: 06/23/2017) |
| 07/13/2017 | 26 | NOTICE of Appearance by Rachel Volkman Kushel on behalf of Board of Trustees of the Classified Employees Retirement Fund of the City of Stamford (Kushel, Rachel) (Entered: 07/13/2017) |
| 07/13/2017 | 27 | First MOTION for Extension of Time until July 27, 2017 to file a response to Plaintiff's Amended Complaint by Board of Trustees of the Classified Employees Retirement Fund of the City of Stamford. (Kushel, Rachel) (Entered: 07/13/2017) |
| 07/13/2017 | 28 | NOTICE of Appearance by Abby M. Warren on behalf of Board of Trustees of the Classified Employees Retirement Fund of the City of Stamford (Warren, Abby) (Entered: 07/13/2017) |
| 07/19/2017 | 29 | ORDER granting 27 Motion for Extension of Time. Signed by Judge Stefan R. Underhill on 7/19/2017. (Buttrick, A.) (Entered: 07/19/2017) |
| 07/19/2017 | | Answer deadline updated for Board of Trustees of the Classified Employees Retirement Fund of the City of Stamford to 7/27/2017. (Jaiman, R.) (Entered: 07/24/2017) |
| 07/21/2017 | 30 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Set/Reset Deadlines as to 12 MOTION to Dismiss. Motion Hearing set for 9/19/2017 at |

| | | |
|---|---|---|
| | | 01:15 PM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Buttrick, A.) (Entered: 07/21/2017) |
| 07/27/2017 | 31 | MOTION to Dismiss by Board of Trustees of the Classified Employees Retirement Fund of the City of Stamford.Responses due by 8/17/2017 (Attachments: # 1 Memorandum in Support of Motion to Dismiss)(Kushel, Rachel) (Entered: 07/27/2017) |
| 09/01/2017 | 32 | ORDER. Unless a response to 31 Motion to Dismiss is filed by 9/8/2017, the motion will be granted.<br>Signed by Judge Stefan R. Underhill on 9/1/2017. (Schneider, K) (Entered: 09/01/2017) |
| 09/01/2017 | 33 | Set/Reset Deadlines as to 31 MOTION to Dismiss . Responses due by 9/8/2017 (Jaiman, R.) (Entered: 09/05/2017) |
| 09/12/2017 | 34 | ORDER granting 31 Motion to Dismiss. Signed by Judge Stefan R. Underhill on 9/12/2017. (Schneider, K) (Entered: 09/12/2017) |
| 09/19/2017 | 35 | ORDER granting 12 Motion to Dismiss. For the reasons stated in the record, the motion to dismiss is granted. The clerk is directed to close the file. Signed by Judge Stefan R. Underhill on 9/19/2017. (Schneider, K) (Entered: 09/19/2017) |
| 09/19/2017 | 36 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Motion Hearing held on 9/19/2017 re 12 MOTION to Dismiss filed by City of Stamford. Total Time: 0 hours and 6 minutes(Court Reporter Sharon Masse.) (Schneider, K) (Entered: 09/19/2017) |
| 09/28/2017 | | JUDICIAL PROCEEDINGS SURVEY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey<br>(Oliver, T.) (Entered: 09/29/2017) |
| 09/29/2017 | 37 | JUDGMENT entered in favor of Board of Trustees of the Classified Employees Retirement Fund of the City of Stamford, Classified Employees' Retirement Plan for the City of Stamford, Connecticut, City of Stamford against Dana Renee Griffith, Jill Kathleen King, Robert Lee Ruszkowski, Jr.<br><br>For Appeal Forms please go to the following website:<br>http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms<br>Signed by Clerk on 9/28/2017.(Oliver, T.) (Entered: 09/29/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/22/2018 16:36:27 | | | |
| **PACER Login:** | actuatelaw | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:16-cv-01953-SRU |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |