# EXHIBIT 21

**Archived:** Monday, June 11, 2018 8:42:28 AM
**From:** Rob Ruszkowski
**Sent:** boundary=Apple
**To:** Maldonado, Priscilla; Dale Morgado
**Subject:** Re: Setting up a Teleconference
**Importance:** Normal

---

Please let me know if there is time for a call. It would really be good to do this before thanksgiving.

On Nov 20, 2017, at 4:49 PM, Robert Ruszkowski <robruszkowski@yahoo.com> wrote:

> Dale and Priscilla,
>
> Please let me know if there is a time in the near future we can catch up. Jill contacted the court on another matter (her divorce) and they told her there is an arrest warrant outstanding for her associated with this case. They said she can be taken to jail if she is pulled over for a traffic stop, etc.
>
> We really need to figure out what is going on ASAP.
>
> Rob
>
> On Monday, November 20, 2017, 1:55:23 PM CST, Robert Ruszkowski <robruszkowski@yahoo.com> wrote:
>
> Priscilla,
>
> Were you able to connect with Dale on a time?
>
> Thanks.
>
> Rob
>
> On Monday, November 20, 2017, 8:14:39 AM CST, Maldonado, Priscilla <prm@morgado.us> wrote:
>
> Dear Mr. Ruszkowski:
>
> I am one Attorney Morgado's legal assistants. I believe he was trying to arrange a time to speak with you and he had proposed 10:00 a.m. this morning. Unfortunately, his flight was delayed, so he is still in the air and will not be on the ground by 10:00 a.m. Once he lands I will check with him and reach out to you with some additional availability. Thank you.
>
> **Priscilla Maldonado**
> Legal Assistant to Dale
> James Morgado
>
> 
>
> 8345 NW 66 ST
> Unit #C7242
> Miami, Florida 33166
>
> **p.** (305) 707-6319
> **f.** (305) 723-2232
> **e.** prm@morgado.us
>
> Confidentiality Notice: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.