**EXHIBIT 30**



| | Dale James Morgado | New York |
|---|---|---|
| | djm@morgado.us | Miami |
| | dd. 774.277.0211 | London |
| | 85 Wall Street, Suite 1100 | Orlando |
| | New York, NY 10005 | Greenwich |
| | p. 855.899.9121 | Hartford |
| | f. 855.499.9191 | Tampa |

www.trial-attorneys.us

October 6, 2016


Dr. Dana Renee Griffith            Mr. Robert Lee Ruszkowski, Jr.
106 Vatersay Drive                 1629 Sunset Ridge Road
Apex, North Carolina 27502         Glenview, Illinois 60025

Mrs. Jill Kathleen King
796 South Jersey Street
Denver, Colorado 80224


**In re:  Legal Services Agreement**
**City of Stamford v. Ruszkowski Family | Matter Id. 538**

Dear Rob, Dana, and Jill:

    This contract is for legal services.  It governs our professional relationship.  If you have questions, please contact me before signing.  If you understand and agree with its terms, please execute and return it to me electronically using Adobe's e- signing service. Alternatively, you may hand sign it and upload to case portal. An invoice will be sent via email to permit online payment of the required deposit.   Thank you for the opportunity to represent you.  I look forward to working with each one of you and hopefully together we can preserve as much, if not all, of the pension benefits you received from your mother's pension.

Very truly yours,

Dale James Morgado



# LEGAL SERVICES AGREEMENT

## I.  Definitions

This Agreement is between you, the undersigned clients (referred herein "Clients"), and undersigned lawyer and law firm (herein "Attorneys").

## II.  Scope of Engagement

Attorneys duties are limited to representing Clients' interests relating to certain pension monies they received as beneficiaries to their mother's pension with the City of Stamford. Attorneys duties include pre-litigation, and if necessary, litigation through the end of a trial. Attorneys duties do not include an appeal, collections, post-judgment discovery, or post-trial work; as these would be separate matters beyond the scope of this Agreement. Clients understand that Attorneys do not represent Clients in any matter not included within the scope of this engagement, described here, and any agreement for additional services will be ineffective unless written signed by Clients and Attorneys.

## III.  Fees & Rate

Attorneys will provide Clients with monthly statements for fees and costs, along with a summary invoice for the total amount due.  The statements will describe Attorneys' work and any expenses incurred.  Payment is generally made online using PayPal, a checking account, credit or debit card.  Clients agree to pay Attorneys by the tenth of an hour, at a discounted blended rate of $300.00 per hour for all time expended.  Attorneys' normal hourly rate is $500.00 per hour, however, given the procedural posture of the matter and the representation is of three siblings, Attorneys have agreed to reduce the hourly rate.  Clients have agreed to pay Attorneys' statements within 14 days after each statement's date.  Three percent per month interest will be charged on all outstanding balances not paid within fourteen days after each statement's date.


## IV. Costs of the Case

Case costs and litigation expenses differ from attorneys' fees, *e.g.*, a court filing fee when brining a lawsuit, or an expert to testify about damages. Clients agree to pay costs in relationship to Attorneys' legal services. Attorneys will provide Clients with itemized cost bills accounting any costs incurred. When possible, Attorneys will advise Clients prior to incurring cost items exceeding $500.

## V. Deposit

Clients agree to deposit $**5,000.00** to be placed in a special client account. The deposit will be reduced by Attorneys' statements for legal services and costs. Clients appoint Dale Morgado as their attorney-in-fact for this matter to deposit, transfer, and withdraw funds to pay for and keep current, Clients' charges for legal services and costs. Clients agree that if the deposit is depleted to five hundred dollars or less, that Attorneys may seek its replenishment before additional legal services are provided. In this vein, Clients understand that legal work commences only after the deposit is provided. Clients will be issued an invoice electronically permitting payment online, via checking account, credit card or debit card.

## VI. Save All Documents

Clients agree to save all documents and evidence relating to this matter, and to turn this information over to Attorneys as soon as practicably possible. Clients should upload all documentation to the case portal. The portal is more secure than email and Clients are encouraged to communicate and share documentation via the portal instead.

## VII. Discharge & Withdrawal

Clients or Attorneys may discharge one another at any time, and for any reason, but the fee and costs provisions of this Agreement will continue to apply to past services and expenses incurred. All Attorneys services in this matter will automatically end, unless otherwise agreed in



a writing signed by us, when there is a settlement, final order by a court or arbiter. At the end of this matter all documents and evidence (not provided by you), will be destroyed at the earliest permissible time. Clients also agree that Attorneys may digitize records or evidence instead of keeping paper copies. Documents Clients provide will be returned upon written request if one is made within 100 days closing.

## VIII.  Disclaimer of Guarantee

Nothing in this Agreement or in the Attorneys' statements to Clients from any of Attorneys' agents, employees, or counsel will be construed as a promise or guarantee about the outcome of your matter.

## IX.  Tax Advice

Attorneys will not provide tax advice under this Agreement.  If tax related topics arise and are discussed, Clients may not rely on any thoughts, expressions, or statements made by Attorneys to avoid or better Clients' respective tax positions. Clients are encouraged to retain a tax professional such as a certified public accountant for all tax questions.

## X.  Entire Agreement

This Legal Services Agreement is the entire agreement between Clients and Attorneys. It supersedes all prior agreements, if any exist.  If Clients find something unreasonable, or ambiguities remain, do not sign it.  A change to this Agreement cannot be done orally, it must be done in writing, signed by both of us.

## XI.  Effective Date

Clients understand this Agreement will not take effect and Attorneys have no obligation to provide legal services until it is fully executed, returned, and the required deposit is funded.



**Dale James Morgado**
**855.899.9121**
**djm@morgado.us**

## ACKNOWLEDGMENT

Each party to this Legal Services Agreement acknowledges that he/she has carefully read foregoing, understands its provisions, and agrees to the terms.

Signature: *Robert L. Ruszkowski, Jr.*
Robert L. Ruszkowski, Jr. (Oct 7, 2016)

**Email:** robruszkowski@yahoo.com

Mr. Robert Lee Ruszkowski, Jr.       Date

Signature: *Jill Kathleen King*
Jill Kathleen King (Oct 7, 2016)

**Email:** anteloopy@yahoo.com

Mrs. Jill Kathleen King       Date

Signature: *Dr. Dana Renee Griffith*
Dr. Dana Renee Griffith (Oct 6, 2016)

**Email:** drowandme@outlook.com

Dr. Dana Renee Griffith       Date



**Dale James Morgado**
**855.899.9121**
**djm@morgado.us**

# CONFLICTS OF INTEREST

*Disclosure of Potential Conflicts of Interest, Waiver & Consent to Joint Representation*

Attorneys are not aware of any conflicts of interest, however, Attorneys are advising Clients it is possible. Indeed, Joint representation may create certain conflicts of interest, in that the interests and objectives of each client individually, on certain issues related to the case are, or may become, inconsistent with the interests and objectives of others.

Attorneys' representation of multiple clients and their respective interests can have significant implications which all parties to this Agreement should consider. For example, rather than vigorously asserting a single client's interest on an issue, a balancing of interests between the parties may occur. It is also common for terms that are advantageous to one party to be disadvantageous to the other. Further, if a dispute arises between Clients, Attorneys may be precluded from representing either or all of the Clients.

Clients understand and agree that during representation they will have the same access to information. There are no secrets about the case that Attorneys keep from any other Client to this Agreement.

Should any party have questions about this the representation or this consent and waiver, they are urged to discuss such matters with independent counsel before signing. This is because by signing below each Client acknowledges that there exists the potential for a conflicting interest and that Attorneys have informed Clients about the consequences, and that Clients are choosing to waive any conflicts, proceed forward with the contemplated joint representation.



**Dale James Morgado**
**855.899.9121**
**djm@morgado.us**

## ACKNOWLEDGMENT

Each party to this Conflict of Interest Consent and Waiver acknowledges that he/she has carefully read foregoing, understands its provisions, and agrees to the terms.

Signature: *Robert L. Ruszkowski, Jr.*
Robert L. Ruszkowski, Jr. (Oct 7, 2016)

**Email:** robruszkowski@yahoo.com

Mr. Robert Lee Ruszkowski, Jr.      Date

Signature: *Jill Kathleen King*
Jill Kathleen King (Oct 7, 2016)

**Email:** anteloopy@yahoo.com

Mrs. Jill Kathleen King      Date

Signature: *Dr. Dana Renee Griffith*
Dr. Dana Renee Griffith (Oct 6, 2016)

**Email:** drowandme@outlook.com

Dr. Dana Renee Griffith      Date