# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT LEE RUSZKOWSKI, JR., DANA RENEE GRIFFITH, and JILL KATHLEEN KING,<br><br>                  Plaintiffs,<br><br>     v.<br><br>DALE JAMES MORGADO,<br><br>                  Defendant. | Case No. 18-CV-5754<br><br>Honorable Sharon Johnson Coleman |

## STATUS REPORT

Plaintiffs ROBERT LEE RUSZKOWSKI, JR., DANA RENEE GRIFFITH, and JILL KATHLEEN KING, by and through their attorneys, Actuate Law LLC, hereby submit a status report to the Court:

## NATURE OF THE CASE

**I.**    **Parties**

    **a.**    Plaintiffs Robert Lee Ruszkowski, Jr., Dana Renee Griffith, and Jill Kathleen King are represented by Dara C. Tarkowski (lead trial attorney) and Andrea C. Halverson (trial attorney) at Actuate Law, LLC.

    **b.**    Defendant Dale James Morgado ("Morgado") has not yet been served and is not yet represented by counsel.

**II.**    **Nature of the Claims**

Plaintiffs have asserted one count of negligence against Morgado. Morgado is an attorney who is/was licensed to practice law in Connecticut, Florida, and New York. Morgado represented Plaintiffs in a District Court of Connecticut case, in which Plaintiffs sought a declaratory judgment

regarding pension payments made to them by the City of Stamford from their late mother's pension. After this federal suit was initiated, the City of Stamford sued each Plaintiff in their respective states of residence.

For more than a year, Morgado purported to represent each Plaintiff in these state cases, even though he was not licensed to practice in any of Plaintiffs' states of residence. Morgado billed Plaintiffs for filing his appearance, but never filed an appearance in any of the state cases. Morgado never appeared at any of the hearings on behalf of Plaintiffs, and wrongfully instructed Plaintiffs to not appear as well. Morgado's conduct directly caused: (i) default judgments to be entered against all three Plaintiffs; (ii) arrest warrants to be issued against two Plaintiffs; and (iii) the third Plaintiff's house to be subject to a sheriff's auction. At the same time, Morgado failed to respond to motions to dismiss in the D.C. Conn. case, which was dismissed for Morgado's failure to prosecute.

## III. Relief Sought by Plaintiffs

As a direct and proximate cause of Morgado's negligent conduct, Plaintiffs have suffered damages in excess of $100,000.

## IV. General Status of the Case

Plaintiffs filed the Complaint on August 22, 2018. Defendant Dale James Morgado has not yet been served. Below is a summary of the various service attempts. Plaintiffs have attempted service via certified mail and/or process servers at every address they have identified as being potentially related to Morgado. Plaintiffs plan to file a motion for alternative service with the Court once Plaintiffs receive the affidavits from each process server detailing the service attempts.

Plaintiffs have not been in contact with Morgado since at least May 2018. In an effort to serve Morgado, Plaintiffs' counsel: (i) ran a public records search; (ii) ran internet searches, (iii)

searched Pacer, and (iv) reviewed communications and documents from Morgado. To identify viable addresses, Plaintiffs' counsel first attempted service via certified mail, return signature requested, at the following addresses:

**Connecticut Addresses**

| Address | Source | C.M. Sent | C. M. Returned |
|---|---|---|---|
| Dale James Morgado<br>65 Redding Road, Unit 60<br>Georgetown, CT 06892 | Address provided to the Plaintiffs by Morgado | 8/24/18 | Return to Sender 10/28/18 |
| 463 Tresser Blvd.<br>9th Floor<br>Stamford, CT 06109 | Address provided on AVVO website | 8/24/18 | Return to Sender 9/04/18 |

**Florida Addresses**

| Address | Source | C.M. Sent | C. M. Returned |
|---|---|---|---|
| Dale James Morgado<br>382 N.E. 192nd Street<br>Unit 84164<br>Miami, FL 33132 | Address included in Morgado's Engagement Ltr. / Bio. | 8/24/18 | 8/30/2018 |
| Feldman Morgado, PA<br>501 N. Reo Street<br>Tampa, FL 33609 | Address included on the Feldman Morgado, PA website | 8/24/18 | Return to Sender 8/31/2018 |
| 100 Biscayne Blvd<br>Suite 2902<br>Miami, FL 33132-2301 | Legal Directories Florida website | 8/24/18 | Return to Sender 9/7/2018 |

**New York Addresses**

| Address | Source | C.M. Sent | C. M. Returned |
|---|---|---|---|
| Dale James Morgado<br>85 Wall Street, Suite 1100<br>New York, NY 10005 | Address included on Florida, Connecticut, and New York Atty. Registration website | 8/24/18 | Return to Sender 8/31/2018 |
| Feldman & Morgado, PA<br>14 Wall Street, 20th Floor<br>New York, NY 10005 | Address included on Yelp page for Feldman & Morgado, PA | 8/24/18 | Return to Sender 9/17/2018 |
| Morgado, P.A.<br>600 Third Avenue, 2nd Fl.<br>New York, NY 10016 | Address used Pacer pleadings | 8/24/18 | Return to Sender 9/11/2018 |

3

Additionally, personal service has been attempted at each of the following addresses:

**Connecticut Addresses**

| Address | Source | Personal Service Attempt Date | Personal Service |
|---|---|---|---|
| Dale James Morgado<br>19 Sugar Hollow Rd<br>Wilton, CT 06897-4834 | Residence listed on public records PeopleMap report | 10/19-23/2018 | No |
| Dale James Morgado<br>5 Minard Drive<br>Westport, CT 06880-6422 | Residence listed on public records PeopleMap report | 10/19-23/2018 | No |
| Dale James Morgado<br>30 Woodland Street, 6B<br>Hartford, Ct 06105-2318 | Residence listed on public records PeopleMap report | 10/19-23/2018 | No |

**Florida Addresses**

| Address | Source | Personal Service Attempt Date | Personal Service |
|---|---|---|---|
| Dale James Morgado<br>382 N.E. 192nd Street<br>Unit 84164<br>Miami, FL 33132 | Address included in Morgado's Professional Bio. | 11/8/2018 | No |
| Dale James Morgado<br>1333 95th St<br>Bay Harbor Islands, FL 33154 | Residence listed on public records PeopleMap report | 10/16/2018 | No |
| Morgado Legal PA<br>11713 Colony Lakes Blvd<br>New Port Richey, FL 34654 | Address for Morgado Legal PA on public records PeopleMap report | 10/25/18<br>10/26/18 | No |

**New York Addresses**

| Address | Source | Personal Service Attempt Date | Personal Service |
|---|---|---|---|
| Morgado, PA<br>228 Park Ave., #84164<br>New York, NY 10003 | Address listed for Morgado, PA on Google Maps | 11/7/18 | No |

4

| | |
|---|---|
| November 8, 2018 | Respectfully Submitted, |
| | |
| | s/ Andrea C. Halverson |
| | Dara C. Tarkowski |
| | Andrea C. Halverson |
| | ACTUATE LAW, LLC |
| | 641 W. Lake Street |
| | Chicago, IL 60661 |
| | (312) 579-3108 |
| | dara.tarkowski@actuatelaw.com |
| | andrea.halverson@actuatelaw.com |
| | |
| | *Attorneys for Plaintiffs* |