Robert Lee Ruszkowski, Jr., et al.
                            Plaintiff,

v.                                                      Case No.: 1:18−cv−05754
                                                       Honorable Sharon Johnson Coleman

Dale James Morgado
                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 13, 2018:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 11/13/2018. Plaintiff has not been able to serve the Defendant. Plaintiff will file a motion next week for alternate service. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.