# EXHIBIT L

# AFFIDAVIT OF DILIGENT SEARCH

STATE OF CONNECTICUT)
         ) ss: HAMDEN      OCTOBER 24, 2018
COUNTY OF NEW HAVEN)

On October 18th, 2018 Christine Lyman from the law firm of Actuate Law, LLC emailed us a Summons with documents to be served on (Dale James Morgado).

Attached with the summons where three possible address's for Mr. Morgado

1st - 30 Woodland St., Hartford, Ct. 06105
2nd - 19 Sugar Hollow Road, Wilton, Ct. 06897
3rd - 5 Minard Drive, Wesport, Ct. 60661

On October 19th thru October 23rd, service was attempted on all three address's to locate and serve Dale J. Morgado. The defendant was not located at any of these address's.

A search at the office of assessor's in all three towns, Mr Morgado was not the current owner on record.

A search with the Connecticut D.M.V. by our office showed that Mr. Morgado (d/o/b 12/16/82) list his current address at 5 Minard Drive, Westport, Ct. Mr Morgado, does not have any vehicles registered to him.

A search on the internet list Mr. Morgado as a license attorney, with a address in Stamford, Ct. This address was confirmed to be not current.

A second address on the internet shows Mr. Morgado in New York, this address was confirmed to be not current as well.

_/s/ H. Mark DeAngelis_

PROCESS SERVER H. Mark DeAngelis
P.O. Box 185471
Hamden, CT 06581
(203) 215-7857